AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| Chance Clark, on behalf of himself and those similarly situated, *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 2:20-cv-4232 |
| Thermo Fisher Scientific Asheville, LLC, *Defendant* | ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The Court grants the Joint Motion for Approval of Settlement. As such, and pursuant to the Agreement, all of Plaintiff's claims are hereby dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  8/24/2021

CLERK OF COURT

Theresa

*Signature of Clerk or Deputy*